IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ERNEST LIMEHOUSE,
    Petitioner,
v.
                                                        Civil No. 3:19cv961(DJN)

WARDEN J. ANDREWS,
    Respondent.

**MEMORANDUM OPINION**

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on January 13, 2020, the action was conditionally filed and the Court informed Petitioner that he must inform the Court if he was relocated or released. (ECF No. 2.) Recent review of the Bureau of Prisons Inmate Locator reflects that Petitioner was released on January 8, 2021. Since that date, Petitioner has not contacted the Court to update his address. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Petitioner.

                                                                                   /s/
                                                           David J. Novak
                                                           United States District Judge

Richmond, Virginia
Dated: March 23, 2021